■ In the Matter of JOSEPH CALLOWAY, Respondent, v MARQUITA ALLEN, Also Known as MARQUITA DAVIS, Appellant. [9 NYS3d 757]—Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered December 6, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner sole and primary physical custody of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.

■ In the Matter of SEAN E. PALMER, Appellant, v TERESA CORBETT, Respondent. [9 NYS3d 913]—Appeal from an order of the Family Court, Jefferson County (Richard V. Hunt, J.), entered March 27, 2014 in a proceeding pursuant to Family Court Act article 6. The order directed that petitioner shall have no visitation with the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.

■ TESHA PALADINO, Respondent, v AMANDA BERNARDINI et al., Respondents, and FLORENCE GIORDANO et al., Appellants. [9 NYS3d 914]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered August 27, 2013. The order, insofar as appealed from, denied in part the motion of defendants Florence Giordano and Liza Marlette for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 24, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Valentino, Whalen and DeJoseph, JJ.